Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32481−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Peter Kiama Kiai
 1360 Clifton Ave, #179
 Clifton, NJ 07102

Social Security No.:
 xxx−xx−0035

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

 NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/2/18.

 Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 3, 2018
JAN: rah

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                         Case No. 16-32481-RG
Peter Kiama Kiai                                                               Chapter 13
          Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2               Date Rcvd: Jan 03, 2018
                              Form ID: 148               Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db             +Peter Kiama Kiai,    1360 Clifton Ave, #179,    Clifton, NJ 07012-1453
516517710      +Belden Jewelers/Sterling Jewelers, Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
516517713      +Citi,    Po Box 6190,   Sioux Falls, SD 57117-6190
516517714      +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516517715      +Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516684017       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516517718       First National Bank Omaha,    PO Box 2557,   Omaha, NE 68103-2557
516517719      +Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
516517720      +NYC Department of Finance,    Correspondence Unit,   One Centre Street, 22nd Floor,
                 New York, NY 10007-1632
516517721      +NYC Law Department,    Attn: Zachary W. Carter, Corp. Counsel,    100 Church Street,
                 New York, NY 10007-2668
516517722      +Sst/cigpf1c,    4315 Pickett Road,   Saint Joseph, MO 64503-1600
516624380      +TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,   ADDISON, TEXAS 75001-9013
516599064       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,    MADISON WI 53708-8973
516517726      +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
516517727      +Value Companies,    1122 Clifton Avenue,   Clifton, NJ 07013-3622
516517728      +Visa Dept Store National Bank,    Attn: Bankruptcy,   Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516560743       EDI: BECKLEE.COM Jan 03 2018 23:28:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516578593       EDI: BECKLEE.COM Jan 03 2018 23:28:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516517707      +EDI: AMEREXPR.COM Jan 03 2018 23:28:00      Amex,   Correspondence,    Po Box 981540,
                 ElPaso, TX 79998-1540
516517706      +EDI: AMEREXPR.COM Jan 03 2018 23:28:00      Amex,   Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
516517708      +EDI: BANKAMER.COM Jan 03 2018 23:28:00      Bank Of America,    Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
516517709      +EDI: TSYS2.COM Jan 03 2018 23:28:00      Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
516517711      +EDI: CAPITALONE.COM Jan 03 2018 23:28:00      Capital One,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516517712      +EDI: CHASE.COM Jan 03 2018 23:28:00      Chase Card,   Attn: Correspondence,    Po Box 15298,
                 Wilmington, DE 19850-5298
516700840      +EDI: CITICORP.COM Jan 03 2018 23:28:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
516517716      +EDI: WFNNB.COM Jan 03 2018 23:28:00      Comenity Bank/TSA,    Po Box 182125,
                 Columbus, OH 43218-2125
516529809       EDI: DISCOVER.COM Jan 03 2018 23:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
516517717      +EDI: DISCOVER.COM Jan 03 2018 23:28:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516730955       EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
516734195       EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                 POB 41067,    Norfolk VA 23541
516730823       EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
516736264       EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,
                 c/o Jetblue Rewards Card,    POB 41067,   Norfolk VA 23541
516730818       EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                 POB 41067,    Norfolk VA 23541
516533319       EDI: Q3G.COM Jan 03 2018 23:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
516566985       EDI: Q3G.COM Jan 03 2018 23:28:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516517723      +EDI: RMSC.COM Jan 03 2018 23:28:00      Synchrony Bank/Amazon,    Po Box 965064,
                 Orlando, FL 32896-5064
516706707      +Fax: 866-311-5818 Jan 03 2018 23:28:19      Systems & Services Technologies, Inc.,
                 4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
516723733      +E-mail/Text: bncmail@w-legal.com Jan 03 2018 23:18:56      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Jan 03, 2018
                               Form ID: 148             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516517725      EDI: TFSR.COM Jan 03 2018 23:28:00      Toyota Motor Credit Co,   Toyota Financial Services,
               Po Box 8026,   Cedar Rapids, IA 52408
516517724     +EDI: WTRRNBANK.COM Jan 03 2018 23:28:00      Target,   C/O Financial & Retail Srvs,
               Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
516517729     +EDI: WFFC.COM Jan 03 2018 23:28:00      WFFNB/Bobs Discount Furniture,   Po Box 10438,
               Des Moines, IA 50306-0438
516660763      EDI: WFFC.COM Jan 03 2018 23:28:00      Wells Fargo Bank, N.A.,   PO Box 10438,
               Des Moines,   IA    50306-0438
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital Inc. Trust 2006-HE3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Debtor Peter Kiama Kiai sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                               TOTAL: 4
```